SEAL DOCUMENT

PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Dean K. Piper                                    Cr.: 01-00478-001

Name of Sentencing Judicial Officer: The Honorable Katharine S. Hayden

Date of Original Sentence: 09/11/06

Original Offense: Wire Fraud

Original Sentence: 12 months and 1 day imprisonment, 3 years supervised release term, $295,300 restitution, DNA testing, no new debt, financial disclosure, and employment restriction.

Type of Supervision: Supervised Release                Date Supervision Commenced: 09/05/07

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number        Nature of Noncompliance

1                       The offender's supervised release term is scheduled to expire on September 4, 2010 with a restitution balance of $288,500.

U.S. Probation Officer Action:

Based on the offender's history of compliance while on supervision, we recommend his term of supervised release term be allowed to expire as scheduled since the restitution order remains imposed as a final judgment, pursuant to Title 18, United Stated Code, Sections 3554 & 3613. The Financial Litigation Unit of the United States Attorney's Office will be notified of the expiration of supervision and will continue to pursue collection.

Respectfully submitted,

By: Nancy Hildner
Senior U.S. Probation Officer
Date: 08/17/10

*The Court directs that action be taken as follows:*

[X] Allow Term of Supervised Release to Expire with Outstanding Financial Obligations
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

Katharine S. Hayden, USDJ

Date